IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DR. MOON J. LEE,

    *Plaintiff*,

v.                                  Case No.: 1:25cv56-MW/MAF

THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 21. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 21, is **accepted and adopted** as this Court's opinion. Defendant's motion to dismiss, ECF No. 16, is **DENIED**. Defendant shall file an answer **on or before December 3, 2025**. This action is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on November 19, 2025.**

                                            **s/Mark E. Walker      **
                                            **United States District Judge**